A01A1634. SEA TOW/SEA SPILL OF SAVANNAH v. PHILLIPS.
(593 SE2d 711)

MIKELL, Judge.

The Supreme Court granted certiorari in this case, and in *Phillips v. Sea Tow/Sea Spill of Savannah,* 276 Ga. 352 (578 SE2d 846) (2003), affirmed the judgment but reversed our conclusion that Sea Tow/Sea Spill of Savannah could maintain an in personam salvage action in a Georgia court. Therefore, we vacate Division 2 of our earlier opinion[*] and adopt the judgment of the Supreme Court as our own. The remainder of our opinion was not addressed by the Supreme Court and therefore still stands.

*Judgment reversed. Blackburn, P. J., and Adams, J., concur.*

DECIDED JANUARY 20, 2004.

*Portman & Shehane, James F. Shehane IV,* for appellant.
*Hunter, Maclean, Exley & Dunn, Colin A. McRae,* for appellee.

---

[12] *Carson,* supra at 728 (3).
[*] *Sea Tow/Sea Spill of Savannah v. Phillips,* 253 Ga. App. 842 (561 SE2d 827) (2002).
[1] 407 U. S. 514, 530 (IV) (92 SC 2182, 33 LE2d 101) (1972).